PATRICK H. HICKS, Bar No. 131509
phicks@littler.com
ANGELA J. RAFOTH, Bar No. 241966
arafoth@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendants
TOYS "R" US, INC. and TOYS "R" US –
DELAWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI PHILLIPS,<br><br>            Plaintiff,<br><br>v.<br><br>TOYS "R" US, INC., A Delaware Corporation, and TOYS "R" US – DELAWARE, INC., A Delaware Corporation, inclusive,<br><br>            Defendants. | Case No.  3:13-cv-05569-LB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS TOYS "R" US, INC. AND TOYS "R" US – DELAWARE, INC.; [PROPOSED] ORDER**<br><br>First Amended Complaint Filed:  Feb. 25, 2014<br>Trial Date:  June 22, 2015 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Defendants Toys "R" Us, Inc. and Toys "R" Us – Delaware, Inc. substitute Patrick H. Hicks and Angela J. Rafoth of Littler Mendelson, P.C. as attorneys of record in this matter.

**WITHDRAWING ATTORNEY(S)**

MARK S. ASKANAS, Bar No. 122745
H. ALLISON ELMORE, Bar No. 233045
REBECCA BENHURI, Bar. No. 209443
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CASE NO.  3:13-CV-05569-LB

**SUPERSEDING ATTORNEY(S)**

PATRICK H. HICKS, Bar No. 131509
phicks@littler.com
ANGELA J. RAFOTH, Bar No. 241966
arafoth@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

**SUBSTITUTION BASED ON CONSENT**

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated: April 24, 2014

    /s/ *Mark S. Askanas*
MARK S. ASKANAS
JACKSON LEWIS P.C.

Dated: April 24, 2014

    /s/ *Angela J. Rafoth*
PATRICK H. HICKS[1]
ANGELA J. RAFOTH
LITTLER MENDELSON, P.C.

Dated: April 24, 2014

    /s/ *Aney Chandy*
DESIGNATED RESPRESENTATIVE
On behalf of Defendants
TOYS "R" US, INC. AND TOYS "R" US --
DELAWARE, INC.

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the attorney with whose ECF credentials this document is filed hereby attests that concurrence in the filing of this document has been obtained from each of the other Signatories, whose consent is reflected by conformed signature. The filer further attests that records to support this concurrence are being maintained as required by the Local Rules for subsequent production for the Court, if so ordered, or for inspection upon request by a party.

CASE NO.  3:13-CV-05569-LB    2.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**ORDER**

**IT IS SO ORDERED.**

Dated: April 28, 2014

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

Firmwide:126583446.2 013336.1010

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CASE NO.  3:13-CV-05569-LB         3.